**EDUARDO M. MADRID, ESQ.** (State Bar No. 82395)
E-mail: Ed@madridlawfirm.com
**ERICA L. MADRID, ESQ.** (State Bar No. 229327)
E-mail: Erica@madridlawfirm.com
**MADRID LAW FIRM**
A Professional Law Corporation
El Central Real Plaza
12612 Central Avenue
Chino, California 91710

Telephone: (909) 628-0068
Facsimile: (909) 628-0067

Attorney for Plaintiffs, MARIA BECERRIL and ODILON BECERRIL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BECERRIL and ODILON BECERRIL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, ANAHEIM POLICE OFFICER DEREK TRUSK, <br><br> Defendants. | ) Case No.: **SACV 11-00951 JVS (ANx)** <br> ) <br> ) **COMPLAINT FOR DAMAGES FOR** <br> ) **VIOLATION OF FEDERAL** <br> ) **CONSTITUTIONAL RIGHTS** <br> ) **UNDER COLOR OF STATE LAW** <br> ) **(42 U.S.C. §1983);** <br> ) **AND DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMES NOW the plaintiffs and show this honorable court the following:

-1-

COMPLAINT FOR DAMAGES FOR VIOLATION OF FEDERAL
CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §1983)

1

## JURISDICTIONAL ALLEGATIONS

2

1. As this action is brought under 42 U.S.C. §1983 this court has jurisdiction

3

over this case under its federal question jurisdiction pursuant to 28 U.S.C.

4

§1331.

5

2. As the incident complained of in this action occurred in the City of

6

Anaheim, State of California, within the territorial jurisdiction of this court,

7

venue properly lies in this court pursuant to 28 U.S.C. §1391(b)(2).

8

## GENERAL ALLEGATIONS

9

3. Plaintiffs, MARIA BECERRIL and ODILON BECERRIL, are natural

10

persons, who, at all times complained in this action, resided in the County of

11

San Bernardino, State of California.  At all times herein mentioned, Plaintiff,

12

MARIA BECERRIL AND ODILON BECERRIL, were the natural parents

13

of decedent, CARLOS VELAZQUEZ.  Said plaintiffs are the sole heirs and

14

this action is brought for the benefit of said heirs.  At the time of his death,

15

CARLOS VELAZQUEZ was 22 years of age.

16

4. Defendant, CITY OF ANAHEIM, is a municipal entity, located within the

17

State of California, within the territorial jurisdiction of this court.

18

5. Defendant, ANAHEIM POLICE DEPARTMENT, was and is a law

19

enforcement agency created by and on behalf of the CITY OF ANAHEIM, a

20

municipal government, also named as a defendant herein, to provide law

21

enforcement services throughout the City of Anaheim, pursuant to the laws

22

of the State of California.

23

6. Defendant, ANAHEIM POLICE OFFICER DEREK TRUSK, hereinafter

24

referred to as "TRUSK", is, and was at all times complained of in this

25

action, a sworn police officer with the ANAHEIM POLICE

-2-

DEPARTMENT.

7. At all times complained of herein, TRUSK was acting pursuant to his authority as an officer with the ANAHEIM POLICE DEPARTMENT, and was acting within the course and scope of his employment with the CITY OF ANAHEIM.

8. At all times complained of herein, defendant TRUSK was an individual person acting under the color of State law; under and pursuant to his status and authority as an officer and/or other public official and/or some other person acting under the color of state law.

9. Moreover, at all times complained of herein, TRUSK was acting pursuant to the customs, polices, usages and practices of the CITY OF ANAHEIM and ANAHEIM POLICE DEPARTMENT for inter alia:  unlawfully and unreasonably seizing persons; for using unreasonable force on persons; for concealing/destroying/altering material exculpatory evidence in criminal actions; for concealing/destroying/altering material evidence to protect himself and other officers from disciplinary actions and from civil liability to persons whose constitutional rights were violated by the CITY OF ANAHEIM and ANAHEIM POLICE DEPARTMENT officers; and for falsely and maliciously prosecuting persons for crimes that they did not commit, in order to collaterally estop said persons from being able to successfully sue the CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT and their officers for violating such persons constitutional rights.

10.   In addition to the above and foregoing, defendant TRUSK, acted pursuant to a conspiracy, agreement and understanding and common plan and

COMPLAINT FOR DAMAGES FOR VIOLATION OF FEDERAL
CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §1983)

scheme to deprive the decedent and plaintiff of their constitutional rights as described below, and acted in joint and concerted action to so deprive the decedent and plaintiff of their constitutional rights as set forth below; all in violation of 42 U.S.C. §1983 and otherwise in violation of California State law.

11.  Said conspiracy/agreement/understanding/plan/scheme/joint action/concerted action, above referenced, was a legal cause of the violation of the decedent CARLOS VELAZQUEZ' constitutional rights, as set forth below.

## FIRST CAUSE OF ACTION
## VIOLATION OF 42 U.S.C. §1983
### Violation of Fourth Amendment Rights
### Unreasonable/Excessive Force

12.  Plaintiffs hereby reallege and incorporate by reference the allegations set forth in paragraphs 1 through 11, inclusive, above, as if set forth in full herein.

13.  On June 24, 2009, defendant TRUSK from the CITY OF ANAHEIM and ANAHEIM POLICE DEPARTMENT confronted decedent, CARLOS VELAZQUEZ , who was lawfully present at or around the Anaheim Stadium. During this confrontation, TRUSK wrongfully, intentionally, wantonly and maliciously drew and fired his service weapon several times at decedent CARLOS VELASQUEZ. A bullet struck CARLOS VELAZQUEZ's right side of chin and rested in his neck causing him life threatening injuries from which he eventually died therefrom.

     a.   Said assault, battery and shooting were without provocation,

-4-

cause or necessity as CARLOS VELAZQUEZ did not pose a threat or represent a danger of any nature to anyone, including TRUSK. Accordingly, the shooting of the decedent, CARLOS VELAZQUEZ, was unjustified and this use of force was unwarranted and excessive under the circumstances. Further, under the circumstances of the shooting in question, it was objectively unreasonable for TRUSK to have used such deadly force as was used and said use of force was therefore excessive and unreasonable and in violation of the constitutional rights of CARLOS VELAZQUEZ.

b. The CITY OF ANAHEIM and ANAHEIM POLICE DEPARTMENT negligently hired and retained TRUSK and those who participated in the investigation of said shooting, when it was known or should have been known by said Department and City that these Officers had on prior occasions used excessive force and/or had participated in the concealment and cover-up of police misconduct.

c. The assault and battery on the decedent, CARLOS VELAZQUEZ, as well as the other acts and omissions enumerated above, were done as a result of, or pursuant to, the unconstitutional polices, practices, customs, and procedures in place at the ANAHEIM POLICE DEPARTMENT and sanctioned, authorized and ratified by said department and the CITY OF ANAHEIM, and those other captains, lieutenants, supervisors, persons, officials and officers of the ANAHEIM POLICE DEPARTMENT and CITY OF ANAHEIM who have policy making authority.

d. Further, the shooting of the decedent, CARLOS VELAZQUEZ was

COMPLAINT FOR DAMAGES FOR VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §1983)

as a result of the failure of the ANAHEIM POLICE DEPARTMENT
and CITY OF ANAHEIM, to adequately and sufficiently train
TRUSK as to proper police practices and tactics for the management
and control of suspects.

e.  The ability to prove the facts and circumstances and reasonableness
of the assault and battery in question has been compromised, limited
and diminished as a result of the deliberate and/or negligent acts and
omissions of the shooting and investigating officers of the CITY OF
ANAHEIM and ANAHEIM POLICE DEPARTMENT which include
the destruction of physical evidence audio tapes, and other
information and evidence related to the shooting of the decedent,
CARLOS VELAZQUEZ as well as the deliberate falsification of
reports and accounts of the assault and battery on the decedent and
plaintiff.

f.  All the above-described intentional acts and omissions by the officers,
employees, agents and representatives of the CITY OF ANAHEIM
and ANAHEIM POLICE DEPARTMENT were done with malice and
with deliberate indifference to the rights, health, safety and welfare of
the decedent, CARLOS VELAZQUEZ and therefore warrants the
imposition of punitive or exemplary damages against said persons.

14.  Said actions by defendants, described above, constitute a violation of
decedent CARLOS VELAZQUEZ' constitutional rights under the Fourth
Amendment to the United States Constitution to be free from the use of
unlawful, unreasonable and excessive force upon him and also violated those
civil rights secured by the Constitution and statutes of the State of

-6-

California.

15. Said actions by defendants, above-described, caused plaintiffs to be deprived of their son's love, companionship, comfort, affection, services, society, care, advice, counsel, solace, protection, moral support, inheritance and right of inheritance. Plaintiffs incurred hospital, medical, funeral and burial expenses, in an amount to be shown at trial. All damages suffered by plaintiffs will be plead and proved at the time of trial.

16. Said actions by defendants were done maliciously and in reckless disregard of decedent CARLOS VELAZQUEZ' constitutional rights, sufficient for an award of punitive/exemplary damages against defendants in an amount to be shown at trial.

17. That the defendants, and each of them, acting in concert, acted with malice and oppression to effectuate the detention of the decedent, notwithstanding, that the detention of the decedent and plaintiff was unlawful and without cause.

18. As a further and proximate result, plaintiffs are entitled to exemplary and punitive damages in amount to be proven at the time of trial.

19. As a result of the aforesaid shooting and death of the decedent, plaintiffs incurred medical, hospital, and funeral expenses in an amount to be proven at the time of trial.

20. As a further and proximate result of the aforesaid shooting and death of the decedent, plaintiffs incurred physical and mental pain and suffering, all to their damage in an amount to be determined at the time of trial.

COMPLAINT FOR DAMAGES FOR VIOLATION OF FEDERAL
CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §1983)

1

## DAMAGES FOR ALL CAUSES OF ACTION

2   WHEREFORE, plaintiffs, MARIA BECERRIL and ODILON BECERRIL,

3  pray for judgment against the defendants and each of them as follows:

4   1. That plaintiffs be awarded a judgment against all defendants for

5      compensatory damages in an amount to be proven at trial;

6   2. That plaintiffs be awarded a judgment against all defendants, except the

7      CITY OF ANAHEIM and ANAHEIM POLICE DEPARTMENT, for

8      punitive/exemplary damages in an amount to be proven at trial;

9   3. That plaintiffs be awarded reasonable attorney's fees and costs of suit

10      herein;

11   4. That plaintiffs be given a trial by jury;

12   5. That is honorable court make and award plaintiffs such other relief as this

13      honorable court deems just and equitable.

14

15  Dated:   6/23/2011

16                   MADRID LAW FIRM
17                 A Professional Law Corporation

18

19        By:
20          EDUARDO M. MADRID, ESQ.
             Attorney for Plaintiffs

21

22

23

24

25

COMPLAINT FOR DAMAGES FOR VIOLATION OF FEDERAL
CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §1983)

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) <br> MARIA BECERRIL and ODILON BECERRIL | DEFENDANTS <br> CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, ANAHEIM POLICE OFFICER DEREK TRUSK |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> MADRID LAW FIRM, A PROFESSIONAL LAW CORPORATION <br> 12612 CENTRAL AVENUE, CHINO, CA 91710 <br> (909) 628-0068 | Attorneys (If Known) <br> UNKNOWN |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant    □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify):    □ 6 Multi-District Litigation    □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes   ☑ No    ☑ MONEY DEMANDED IN COMPLAINT: $ AMOUNT TO BE PROVEN AT TRIAL

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. SECTION 1983 – VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | □ 530 General | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 535 Death Penalty | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | BANKRUPTCY | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 470 Racketeer Influenced and Corrupt Organizations | □ 151 Medicare Act | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| □ 490 Cable/Sat TV | | □ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | □ 610 Agriculture | □ 820 Copyrights |
| □ 810 Selective Service | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 360 Other Personal Injury | □ 441 Voting | □ 620 Other Food & Drug | □ 830 Patent |
| □ 850 Securities/Commodities/ Exchange | □ 160 Stockholders' Suits | □ 362 Personal Injury-Med Malpractice | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 875 Customer Challenge 12 USC 3410 | □ 190 Other Contract | □ 365 Personal Injury-Product Liability | □ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| □ 890 Other Statutory Actions | □ 195 Contract Product Liability | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 891 Agricultural Act | □ 196 Franchise | REAL PROPERTY | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 862 Black Lung (923) |
| □ 892 Economic Stabilization Act | REAL PROPERTY | □ 210 Land Condemnation | □ 446 American with Disabilities - Other | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 893 Environmental Matters | □ 210 Land Condemnation | □ 220 Foreclosure | IMMIGRATION | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 894 Energy Allocation Act | □ 220 Foreclosure | □ 230 Rent Lease & Ejectment | □ 462 Naturalization Application | □ 690 Other | □ 865 RSI (405(g)) |
| □ 895 Freedom of Info. Act | □ 230 Rent Lease & Ejectment | □ 240 Torts to Land | □ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| □ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | □ 240 Torts to Land | □ 245 Tort Product Liability | □ 465 Other Immigration Actions | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| □ 950 Constitutionality of State Statutes | □ 245 Tort Product Liability <br> □ 290 All Other Real Property | □ 290 All Other Real Property | ☑ 440 Other Civil Rights | | □ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: _____ **SACV 11-00951 JVS (ANx)** _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER):   EDUARDO M. MADRID, ESQ.   Date 6/23/11

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |