1  ~~CRISTINA L. TALLEY, CITY ATTORNEY~~
   ~~MOSES W. JOHNSON, IV (SBN 118769)~~
2  ~~Assistant City Attorney~~
   ~~E-mail: mjohnson@anaheim.net~~
3  ~~200 S. Anaheim Boulevard, Suite 356~~
   ~~Anaheim, California 92805~~
4  ~~Tel: (714) 765-5169 Fax: (714) 765-5123~~

5  ~~Attorneys for Defendants CITY OF~~
   ~~ANAHEIM, CITY OF ANAHEIM erroneously~~
6  ~~sued as ANAHEIM POLICE DEPARTMENT~~
   ~~and DEREK TRUSK~~

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARIA BECERRIL AND ODILON BECERRILL, | Case No.: SACV 11-00951 JVS (ANx) |
|---|---|
| Plaintiff, | Assigned to: James V. Selna<br>Dept.: 10C |
| v. | **[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |
| CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, ANAHEIM POLICE OFFICER DEREK TRUSK, | SCHEDULING CONFERENCE |
| Defendant. | DATE: October 24, 2011<br>TIME: 11:30 a.m.<br>CTRM: 10C |

The parties stipulated to a protective order re confidential information that was filed on or about October 24, 2011, and seek to have a protective order entered by the Court based on that stipulation.

IT IS SO ORDERED:

_____
HON. ARTHUR NAKAZATO
United States Magistrate Judge

86876.1

Case No. SACV 11-0095 JVS (ANx)