CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV (SBN 118769)
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants CITY OF ANAHEIM, CITY OF ANAHEIM erroneously sued as ANAHEIM POLICE DEPARTMENT and DEREK TRUSK

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BECERRIL AND ODILON BECERRIL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, ANAHEIM POLICE OFFICER DEREK TRUSK,<br><br>Defendants. | Case No.:   SACV 11-00951 JVS (ANx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of the parties filed on March 9, 2012 (copy attached) that the above-captioned action can be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party is to bear its own costs and attorneys fees.

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

Dated: April 20, 2012

: _____
HONORABLE JAMES V. SELNA
United States District Judge

89384

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 765-5169
FAX (714) 765-5123

86866.1

2

Case No. SACV 11-0095 JVS (ANx)